# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2024-2239, 1D2024-2240,
1D2024-2242, 1D2024-2243, 1D2024-2245,
1D2024-2246, 1D2024-2248

_____

STATE OF FLORIDA,

Appellant,

v.

JADARIUS BROWN,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.


April 30, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee; John Emmett Campbell, State Attorney, and Adrian Thomas Mood, Jr., Assistant State Attorney, Tallahassee, for Appellant.

Jessica J. Yeary, Public Defender, and Megan Lynne Long and Tyler Kemper Payne, Assistant Public Defenders, Tallahassee, for Appellee.